## 2017 OK 25

Chip PAUL and Philip Winters, Oklahomans for Health, Petitioners,

v.

The Honorable Mike HUNTER, Attorney General of Oklahoma, Respondent.

Case Number: 115322

Supreme Court of Oklahoma.

Decided: 03/27/2017

¶ 0 **ORDER**

¶ 1 Petitioners filed a ballot title appeal pursuant to 34 O.S.Supp. 2015 9, 10, and requested the Court to assume original jurisdiction, review the ballot title substituted by the Attorney General, strike that title, and replace it with the original proposed ballot title for State Question No. 788, Initiative Petition No. 412.

¶ 2 Original jurisdiction is assumed. Okla. Const. Art. 7 4. The ballot title substituted by the Attorney General is hereby stricken. The original proposed ballot title is approved by the Court and shall be the ballot title for State Question No. 788, Initiative Petition No. 412. 34 O.S.Supp. 2015 9, 10.

¶ 3 **DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 27th DAY OF MARCH, 2017.**

¶ 4 CONCUR: COMBS, C.J.; GURICH, V.C.J.; and KAUGER, WATT, EDMONDSON, COLBERT, and REIF, JJ.

¶ 5 DISSENT: WINCHESTER, J.

¶ 6 RECUSED: WYRICK, J.